**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ZAHID N. QURAISHI**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**402 EAST STATE STREET, ROOM 4000**<br>**TRENTON, NJ 08608** |

January 13, 2026

**LETTER ORDER**

**Re:** **Michael Panebianco v. Home Depot U.S.A, Inc.,** *et al.*
**Civil Action No. 25-2487 (ZNQ) (JTQ)**

Dear Counsel:

This matter comes before the Court upon a Report and Recommendation ("Recommendation," ECF No. 18) filed by the Honorable Justin T. Quinn, U.S.M.J., recommending that the Motion to Amend (the "Motion," ECF No. 15) filed by Plaintiff Michael Panebianco ("Plaintiff") be granted and that this matter be remanded to the Superior Court of New Jersey. Defendants Home Depot U.S.A., Inc. and the Home Depot-Morganville filed opposition to the Motion (ECF No. 16), to which Plaintiff filed a reply (ECF No. 17).

The Motion was referred to the Magistrate Judge for determination. No party filed an objection to the Recommendation by November 19, 2025. Fed. R. Civ. P. 53(f)(2). (*See also* ECF No. 18 ("Objections, if any, [are] due by 11/19/2025.")).

The Court has considered the submissions of the parties. (ECF Nos. 15, 16, 17). The Court has reviewed *de novo* Magistrate Judge Quinn's subsequent Recommendation and finds no error in his concise and well-reasoned Recommendation. No objections have been filed thereto. Accordingly, for the same reasons stated in the Recommendation,

**IT IS** on this **13th** day of **January 2026**,

**ORDERED** that the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 18) in its entirety; and it is further

**ORDERED** that the Motion to Amend (ECF No. 15) is hereby **GRANTED**; and it is further

**ORDERED** that this matter be **REMANDED** to the Superior Court of New Jersey, Middlesex County.

**IT IS SO ORDERED.**

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
